Plaintiff's Name: MR. Willie Dennis Jr.
CDC No: #T-56859
Address: P.O. BOX 9 /610-1-62 Low
Avenal, CA 93204

FILED
AUG - 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
DISTRICT OF CALIFORNIA

MR. WILLIE DENNIS Jr.
                                        )
                                        )   APPLICATION TO PROCEED
                    Plaintiff,          )   IN FORMA PAUPERIS
vs.                                     )   BY A PRISONER
                                        )
K. Mendoza Powers, Warden.              )   CASE NUMBER:
                                        )
                    Defendant(s).       )   C 07 3977
                                        )

(PR)
SBA

I, MR. Willie Dennis Jr., declare that I am the plaintiff in the above-entitled proceeding, that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ✓ Yes   __ No  (If "no" DO NOT USE THIS FORM)

If "yes" state the place of your incarceration. Avenal State Prison, Avenal, Ca.

Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Are you currently employed (includes prison employment)?   ✓ Yes   __ No

   a. If the answer is "yes" state the amount of your pay. 0

   b. If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. Have you received any money from the following sources over the last twelve months?

   a. Business, profession, or other self-employment:   __ Yes   ✓ No

   b. Rent payments, interest or dividends:   __ Yes   ✓ No

   c. Pensions, annuities or life insurance payments:   __ Yes   ✓ No

    d.    Disability or workers compensation payments:    ___ Yes    ✓ No

    e.    Gifts or inheritances:    ___ Yes    ✓ No

    f.    Any other sources:    ___ Yes    ✓ No

If the answer to any of the above is "yes," describe by that item each source of money. Also state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

4. Do you have cash (includes balance of checking or savings accounts)?  ___ Yes  ✓ No

    If "yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ___ Yes    ✓ No

    If "yes" describe the property and state its value: _____

6. Do you have any other assets?    ___ Yes    ✓ No

    If "yes," list the asset(s) and state the value of each asset listed:

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.  *None*

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. section 1915(b)(2).

7-8-07
DATE

Mr. Willie Dennis Jr.
SIGNATURE OF APPLICANT

### CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __000__ on account to his/her credit at __AVENAL STATE PRISON__ (name of institution). I further certify that during the past six months, the applicant's average monthly balance was $ __0.00__. I further certify that during the past six months, the average of monthly deposits to the applicant's account was $ __0.00__.

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months).

7-17-07
DATE

D. Vonderbuck
SIGNATURE OF AUTHORIZED OFFICER

```
REPORT ID: TS3030                                       REPORT DATE: 07/17/07
                                                        PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          AVENAL STATE PRISON
                      INMATE TRUST ACCOUNTING SYSTEM
                      INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JAN. 01, 2007 THRU JUL. 17, 2007

ACCOUNT NUMBER : T56859              BED/CELL NUMBER: 610 1 00000062L
ACCOUNT NAME   : DENNIS, WILLIE JR      ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                             TRUST ACCOUNT ACTIVITY

   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL        TOTAL        CURRENT       HOLDS       TRANSACTIONS
   BALANCE     DEPOSITS    WITHDRAWALS     BALANCE      BALANCE      TO BE POSTED
  ---------    --------    -----------     -------      -------      ------------
     0.00        0.00         0.00          0.00         0.00           0.00
```

                                                          CURRENT
                                                         AVAILABLE
                                                          BALANCE
                                                         ---------
THE WITHIN INSTRUMENT IS A CORRECT                          0.00
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:        7-17-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE