FILED
07 AUG 21 PM 1:55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MR. WILLIE DENNIS JR.
                    Plaintiff,

vs.

K. MenDoza Powers, Warden,
                    Defendant.

CASE NO. C 07-3977 (SBA)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, MR. Willie Dennis JR., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or                  Yes ___ No ✓
10          self employment
11     b.   Income from stocks, bonds,               Yes ___ No ✓
12          or royalties?
13     c.   Rent payments?                           Yes ___ No ✓
14     d.   Pensions, annuities, or                  Yes ___ No ✓
15          life insurance payments?
16     e.   Federal or State welfare payments,       Yes ___ No ✓
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                            Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 2 -

| | | |
|---|---|---|
|1| b. | List the persons other than your spouse who are dependent upon you for |
|2| | support and indicate how much you contribute toward their support. (NOTE: |
|3| | For minor children, list only their initials and ages. DO NOT INCLUDE |
|4| | THEIR NAMES.). |

5  _____

6  _____

7  5. Do you own or are you buying a home?   Yes \_\_\_  No ✓

8  Estimated Market Value: $ ⊖   Amount of Mortgage: $_____

9  6. Do you own an automobile?   Yes \_\_\_  No ✓

10 Make _____ Year _____ Model _____

11 Is it financed? Yes \_\_\_ No \_\_\_ If so, Total due: $ _____

12 Monthly Payment: $ ⊖

13 7. Do you have a bank account? Yes \_\_\_ No ✓ (Do not include account numbers.)

14 Name(s) and address(es) of bank: _____

15 _____

16 Present balance(s): $ _____

17 Do you own any cash? Yes \_\_\_ No ✓ Amount: $ ⊖

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19 market value.)  Yes \_\_\_ No \_\_\_

20 _____

21 8. What are your monthly expenses?

22 Rent: $ ⊖   Utilities: ⊖

23 Food: $ ⊖   Clothing: ⊖

24 Charge Accounts:

25 Name of Account          Monthly Payment          Total Owed on This Acct.

26 ⊖                        $ ⊖                      $ ⊖

27 ⊖                        $ ⊖                      $ ⊖

28                          $                         $

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 3 -

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits? Yes ✓ No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed. Willie DENNIS Jr. V. Office Clarence MaBorg, et al.,
9  Case No. C04-04824 SBA (pr)
10 _____
11    I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13    I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 8-9-07                          MR. Willie Dennis Jr.
17     DATE                         SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Dennis, Willie T-56859_ for the last six months
[prisoner name]
_Queen State Prison_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0__ .

Dated: _8-10-07_                    _Carol Rodriguez_
                                    [Authorized officer of the institution]

- 5 -

```
REPORT ID: TS3030                                          REPORT DATE: 08/10/07
                                                           PAGE NO:        1
                     CALIFORNIA DEPARTMENT OF CORRECTIONS
                              AVENAL STATE PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT


                 FOR THE PERIOD: FEB. 10, 2007 THRU AUG. 10, 2007

ACCOUNT NUMBER : T56859                    BED/CELL NUMBER: 610 1 00000062L
ACCOUNT NAME   : DENNIS, WILLIE JR         ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY

  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                            CURRENT HOLDS IN EFFECT
   DATE      HOLD
  PLACED     CODE      DESCRIPTION           COMMENT       HOLD AMOUNT
  ---------- ----   ---------------------  -----------   -----------
  08/01/2007 H109   LEGAL POSTAGE HOLD       700488LEPO        4.60

                             TRUST ACCOUNT SUMMARY

  BEGINNING     TOTAL       TOTAL       CURRENT      HOLDS        TRANSACTIONS
  BALANCE       DEPOSITS    WITHDRAWALS BALANCE      BALANCE      TO BE POSTED
  ----------- ----------- ----------- ----------- ----------- -----------
     0.00        0.00        0.00        0.00        4.60        0.00


                                                  CURRENT
                                                 AVAILABLE
                                                  BALANCE
                                                 ---------
                                                    4.60
```

*no activity*

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 8-10-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE