1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  GREGORY A. OTT
   Deputy Attorney General
5  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
6  State Bar No. 117315
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-1362
8    Fax: (415) 703-1234
     Email: peggy.ruffra@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13
   **WILLIE DENNIS JR.,**                    C 07-3977 SBA
14
                              Petitioner,    **APPLICATION FOR EXTENSION**
15                                           **OF TIME TO FILE RESPONSE TO**
          **v.**                             **ORDER TO SHOW CAUSE**
16
   **K. MENDOZA-POWERS, Warden,**
17
                              Respondent.
18

19         Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 30-day

20  extension of time until April 16, 2008, in which to file a response to the Order to Show Cause.  Good

21  cause for the extension is set forth in the accompanying declaration of counsel.  We have not

22  attempted to contact petitioner, who is an incarcerated state prisoner representing himself in this

23  action.

24         WHEREFORE, respondent respectfully requests that this Court grant an extension of time

25  to and including April 16, 2008, in which to file the response to the Order to Show Cause.

26

27

28

   *Dennis v. Mendoza-Powers* - App. for Ext. of Time to File Response to Order to Show Cause - C 07-3977 SBA
                                        1

1          Dated:  March 17, 2008

2                         Respectfully submitted,

3                         EDMUND G. BROWN JR.
                          Attorney General of the State of California

4                         DANE R. GILLETTE
                          Chief Assistant Attorney General
5
                          GERALD A. ENGLER
6                         Senior Assistant Attorney General

7                         GREGORY A. OTT
                          Deputy Attorney General
8
                          **/s/ Peggy S. Ruffra**
9
                          PEGGY S. RUFFRA
10                        Supervising Deputy Attorney General

                          Attorneys for Respondent
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Dennis v. Mendoza-Powers* - App. for Ext. of Time to File Response to Order to Show Cause - C 07-3977 SBA

2

## DECLARATION OF SERVICE BY MAIL

Case Name: *Willie Dennis v. Mendoza-Powers*
Case No.  **C 073977 SBA**

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>March 17, 2008</u>, I served the attached

**APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER**

**DECLARATION COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME**

**[PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME**

in the internal mail collection system at the Office of the Attorney General,455 Golden Gate Avenue, Suite 11000, San Francisco, California 94102, for deposit in the United States Postal Service that same day in the ordinary course of business in a sealed envelope, postage fully prepaid, addressed as follows:

Willie Dennis Jr.
T-56859
Avenal State Prison
P.O. Box 9
Avenal, CA 93204

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on March 17, 2008, at San Francisco, California.

Denise Neves                                                                    /s/ Denise Neves
                                                                                              Signature