1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  GREGORY A. OTT
   Deputy Attorney General
5  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
6  State Bar No. 117315
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-1362
8    Fax: (415) 703-1234
     Email: peggy.ruffra@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **WILLIE DENNIS JR.,** | C 07-3977 SBA |
| Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME** |
| v. | |
| **K. MENDOZA-POWERS, Warden,** | |
| Respondent. | |

I, PEGGY S. RUFFRA, declare under penalty of perjury as follows:

I am a Supervising Deputy Attorney General for the State of California and am assigned to represent respondent in this case.

Petitioner is a state prisoner who was convicted of robbery and sentenced to 14 years in state prison. On August 2, 2007, petitioner filed a petition for writ of habeas corpus in this Court.

I have determined that the petition appears to be untimely under 28 U.S.C. § 2244(d)(1)(A). I have requested, but not yet received, a file-stamped copy of petitioner's first state habeas corpus petition filed in Alameda County Superior Court. That document is necessary to ascertain whether petitioner is entitled to statutory tolling under 28 U.S.C. § 2244(d)(2).

I have not attempted to contact petitioner, who is an incarcerated state prisoner

1  representing himself in this action.

2      Accordingly, I respectfully request that the Court grant respondent an extension of time

3  to and including April 16, 2008, in which to file the response to the Order to Show Cause.

5      Dated: March 17, 2008

6      Respectfully submitted,

7      EDMUND G. BROWN JR.
    Attorney General of the State of California

8      DANE R. GILLETTE
    Chief Assistant Attorney General

9      GERALD A. ENGLER
10     Senior Assistant Attorney General

    GREGORY A. OTT
11     Deputy Attorney General

12     **/s/ Peggy S. Ruffra**

13     PEGGY S. RUFFRA
14     Supervising Deputy Attorney General

    Attorneys for Respondent