1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  GREGORY A. OTT
   Deputy Attorney General
5  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
6  State Bar No. 117315
    455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-1362
8    Fax: (415) 703-1234
     Email: peggy.ruffra@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

13
   **WILLIE DENNIS JR.,**                       C 07-3977 SBA
14
                             Petitioner,        **[PROPOSED] ORDER GRANTING
15                                              ENLARGEMENT OF TIME**

16        v.

17   **K. MENDOZA-POWERS, Warden,**

18                             Respondent.

19        The court finds that good cause appears for an extension of time. Respondent's response

20  to the Order to Show Cause is due on April 16, 2008.  Petitioner's response is due 30 days that date.

21

22        IT IS SO ORDERED.

23

24  DATED:

25                                              _____
                                                SAUNDRA B. ARMSTRONG
26                                              Judge, United States District Judge

27

28

*Dennis v. Mendoza-Powers* - [Proposed] Order Granting Enlargement Of Time - C 07-3977 SBA