IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE DENNIS, JR., | No. C 07-03977 SBA (PR) |
| Petitioner, | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR RESPONDENT TO FILE ANSWER** |
| v. | |
| K. MENDOZA-POWERS, Warden, | |
| Respondent. | |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent now moves for an extension of time to file an answer. Good cause appearing, the request is GRANTED. Respondent's answer is due on **April 16, 2008.** Petitioner's traverse is due **thirty (30) days** after his receipt of the answer.

This Order terminates Docket no. 6.

IT IS SO ORDERED.

DATED: 3/18/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.07\Dennis3977.EOTanswer.wpd

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WILLIE DENNIS JR.,

        Plaintiff,

v.

K. MENDOZA-POWERS et al,

        Defendant.
_____/

Case Number: CV07-03977 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Willie Dennis T-56859
Avenal State Prison
P.O. Box 9
Avenal, CA 93204

Dated: March 19, 2008

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.07\Dennis3977.EOTanswer.2wpd