1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  GREGORY A. OTT
   Deputy Attorney General
5  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
6  State Bar No. 117315
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-1362
8  Fax: (415) 703-1234
     Email: peggy.ruffra@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                     OAKLAND DIVISION

13

14  **WILLIE DENNIS JR.,**                    C 07-3977 SBA

15                         Petitioner,   **MOTION TO DISMISS
                                          HABEAS CORPUS PETITION**
16        **v.**                           **AS UNTIMELY**

17  **K. MENDOZA-POWERS, Warden,**

18                         Respondent.

19

20          Respondent hereby moves to dismiss the petition for writ of habeas corpus for failure to

21  comply with the statute of limitations set forth in 28 U.S.C. § 2244(d).  A motion to dismiss in lieu

22  of an answer on the merits is proper where the petition is procedurally defective.  *See White v. Lewis*,

23  874 F.2d 599, 602 (9th Cir. 1989); *O'Bremski v. Maass*, 915 F.2d 418, 420 (9th Cir. 1990); Rules

24  Governing 28 U.S.C. § 2254 Cases, Rule 4, and Advisory Committee Notes.

25          We have not noticed a hearing date because petitioner is an incarcerated state prisoner who

26  is representing himself in this case.

27

28

1    **STATEMENT OF THE CASE**

2    Petitioner pled guilty in Alameda County Superior Court to robbery, and admitted several

3    prior convictions.  On June 7, 2002, the trial court sentenced him to 14 years in state prison.

4    Petition, unnumbered exhibit (Reporter's Transcript of sentencing at 5).  Petitioner did not appeal.

5    On February 16, 2006, petitioner filed a petition for writ of habeas corpus in Alameda

6    County Superior Court.  Resp. Exh. 1 (file-stamped face page of petition).  On February 22, 2006,

7    the superior court denied the petition as untimely and meritless.  Petition, unnumbered exhibit

8    (Order in Case No. 132261).

9    On June 14, 2006, petitioner filed a petition for writ of habeas corpus in the California

10   Court of Appeal.  On June 22, 2006, the appellate court denied the petition.  Petition, unnumbered

11   exhibit (Order in Case No. A114113); Resp. Exh. 2.

12   On July 17, 2006, petitioner filed another petition for writ of habeas corpus in the

13   California Court of Appeal.  On July 20, 2006, the appellate court denied the petition, noting that

14   it "will not consider untimely and repetitious applications for habeas corpus."  Petition, unnumbered

15   exhibit (Order in Case No. A114502); Resp. Exh. 3.

16   On October 2, 2006, petitioner filed another petition for writ of habeas corpus in the

17   California Court of Appeal.  On October 4, 2006, the appellate court denied the petition.  Resp. Exh.

18   4.

19   On November 16, 2006, petitioner filed a petition for writ of habeas corpus in the

20   California Supreme Court.  On May 9, 2007, the supreme court denied the petition.  Petition,

21   unnumbered exhibit (Order in Case No. S148103); Resp. Exh. 5.

22   Petitioner filed the instant petition in this Court on August 2, 2007.

23

24   **ARGUMENT**

25   **THE PETITION IS UNTIMELY**

26   This case is governed by the Antiterrorism and Effective Death Penalty Act of 1996

27   (AEDPA), which imposed a one-year statute of limitations on the filing of federal habeas petitions.

28   28 U.S.C. § 2244(d).  The limitations period generally commences on "the date on which the

1  judgment became final by the conclusion of direct review or the expiration of the time for seeking

2  such review." 28 U.S.C. § 2244(d)(1)(A). In this case, petitioner's state judgment became final on

3  August 21, 2002, 60 days after sentencing, when the time to file a notice of appeal expired. Cal.

4  Rules of Court, rule 8.308(a). Thus, absent tolling, the federal petition was due by August 21, 2003.

5  *See Patterson v. Stewart*, 251 F.3d 1243, 1246 (9th Cir. 2001).

6          The limitations period is tolled during the pendency of a properly filed state collateral

7  challenge to the judgment. 28 U.S.C. § 2244(d)(2). However, petitioner did not commence filing

8  his state habeas petitions until February 16, 2006, which was two and a half years after the

9  limitations period had expired. Accordingly, none of the state petitions tolled the statute. *Ferguson*

10  *v. Palmateer*, 321 F.3d 820, 823 (9th Cir. 2003) ("section 2244(d) does not permit the reinitiation

11  of the limitations period that has ended before the state petition was filed"). Further, the superior

12  court petition and the July 2006 appellate court petition could not toll under any circumstances, as

13  they were denied as untimely. *Pace v. DiGuglielmo*, 544 U.S. 408 (2005) (petition is not "properly

14  filed" for purposes of § 2244(d)(2) where state court finds it did not comply with state timeliness

15  requirements); *Bonner v. Carey*, 425 F.3d 1145 (9th Cir. 2005) (same). Nor would petitioner be

16  entitled to tolling for the intervals between the repetitious appellate court petitions. *Carey v. Saffold*,

17  536 U.S. 214, 223 (2002) (petition is "pending" only during "the intervals between a lower court

18  decision and the filing of a new petition in a higher court"); *Dils v. Small*, 260 F.3d 984, 986 (9th

19  Cir. 2001) (no tolling during gap between successive state habeas petitions filed in same court).

20          Accordingly, the federal petition filed in 2007 was four years late. It must be dismissed

21  as untimely.

22

23

24

25

26

27

28

1

**CONCLUSION**

2
Respondent respectfully requests that the petition for writ of habeas corpus be dismissed

3
with prejudice for failure to comply with the statute of limitations set forth in 28 U.S.C. § 2244(d).

4

5
Dated:  March 24, 2008

6
Respectfully submitted,

7
EDMUND G. BROWN JR.
Attorney General of the State of California

8
DANE R. GILLETTE
Chief Assistant Attorney General

9
GERALD A. ENGLER
Senior Assistant Attorney General

10
GREGORY A. OTT
Deputy Attorney General

11

12
**/s/ Peggy S. Ruffra**

13
PEGGY S. RUFFRA
Supervising Deputy Attorney General

14
Attorneys for Respondent

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

MC-275

Name **Willie Dennis, Jr. #T 56859**

Address **Avenal State Prison.**

**P.O. Box 9/ 610-1-48 low**

**Avenal, California.  93204.**

CDC or ID Number  **T - 56859**

**FILED**
ALAMEDA COUNTY

FEB 1 6 2006

CLERK OF THE SUPERIOR COURT
By *Cynthia Brown - Domenick*
DEPUTY

## IN THE SUPERIOR COURT OF CALIFORNIA

## IN AND FOR THE COUNTY OF ALAMEDA

(Court)

**PETITION FOR WRIT OF HABEAS CORPUS**

| |
|---|
| **Mr. Willie Dennis, Jr.,** |
| Petitioner |
| vs. |
| **K. Mendoza Powers, Warden.** |
| Respondent |

No. _____ *1 3 2 2 6 1*

*(To be supplied by the Clerk of the Court)*

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. Subsequent amendments to Rule 60 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page one of six

Form Approved by the
Judicial Council of California
MC-275 [Rev. July 1, 2005]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 60(a)

American LegalNet, Inc.
www.USCourtForms.com

# EXHIBIT 2

# CALIFORNIA APPELLATE COURTS

### Case Information



| Welcome |
| Search |
| E-mail |
| Calendar |
| Help |
| Opinions |

## 1st Appellate District

Change court ☑

Court data last updated: 02/29/2008 03:05 PM

**Case Summary**    **Docket**    **Scheduled Actions**    **Briefs**
**Disposition**    **Parties and Attorneys**    **Trial Court**

### Docket (Register of Actions)

**In re Dennis on Habeas Corpus.**
**Division 4**
**Case Number** A114113

| Date | Description | Notes |
|------|-------------|-------|
| 06/14/2006 | Petition for a writ of habeas corpus filed. | |
| 06/22/2006 | Order denying petition filed. | |
| 06/22/2006 | Case complete. | |
| 01/15/2008 | Shipped to state retention center, box # / list #: | L257 |

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California

# EXHIBIT 3

# CALIFORNIA APPELLATE COURTS

Case Information



## 1st Appellate District

Change court ▼

Court data last updated: 02/29/2008 03:05 PM

Welcome

Search

E-mail

Calendar

Help

Opinions

C|C
home

**Case Summary   Docket   Scheduled Actions   Briefs   Disposition   Parties and Attorneys   Trial Court**

## Docket (Register of Actions)

**In re Dennis on Habeas Corpus.**
**Division 4**
**Case Number A114502**

| Date | Description | Notes |
|------|-------------|-------|
| 07/17/2006 | Petition for a writ of habeas corpus filed. | |
| 07/20/2006 | Order denying petition filed. | petn. denied; court will not consider untimely & repetitious applications for habeas; (citation); |
| 07/20/2006 | Case complete. | |

**Click here** to request automatic e-mail notifications about this case.

©2007 Judicial Council of California

# EXHIBIT 4

# CALIFORNIA APPELLATE COURTS

### Case Information



| | |
|---|---|
| Welcome | **1st Appellate District** |
| Search | Court data last updated: 02/29/2008 03:05 PM |
| E-mail | |
| Calendar | **Case Summary    Docket    Scheduled Actions    Briefs** |
| | **Disposition    Parties and Attorneys    Trial Court** |
| Help | |
| Opinions | **Docket (Register of Actions)** |

Change court ☑

## Docket (Register of Actions)

**In re Dennis on Habeas Corpus.**
**Division 4**
**Case Number** A115383

| Date | Description | Notes |
|---|---|---|
| 10/02/2006 | Petition for a writ of habeas corpus filed. | |
| 10/04/2006 | Order denying petition filed. | |
| 10/04/2006 | Case complete. | |
| 01/15/2008 | Shipped to state retention center, box # / list #: | L257 |

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California

# EXHIBIT 5

# CALIFORNIA APPELLATE COURTS

### Case Information



| | |
|---|---|
| **Supreme Court** | **Supreme Court** |
| Welcome | Court data last updated: 02/29/2008 03:53 PM |

Change court ☑

Court data last updated: 02/29/2008 03:53 PM

**Case Summary**   **Docket**   **Briefs**
**Disposition**   **Parties and Attorneys**   **Lower Court**

## Docket (Register of Actions)

**DENNIS (WILLIE) ON H.C.**
**Case Number S148103**

| Date | Description | Notes |
|---|---|---|
| 11/16/2006 | Petition for writ of habeas corpus filed | Willie Dennis, Jr., Petitioner in pro per. |
| 05/09/2007 | Petition for writ of habeas corpus denied | |

**Click here** to request automatic e-mail notifications about this case.

©2007 Judicial Council of California

## DECLARATION OF SERVICE BY MAIL

Case Name: *Willie Dennis v. Mendoza-Powers*
Case No.  **C 073977 SBA**

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>March 24, 2008</u>, I served the attached

### MOTION TO DISMISS HABEAS CORPUS PETITION AS UNTIMELY

in the internal mail collection system at the Office of the Attorney General,455 Golden Gate Avenue, Suite 11000, San Francisco, California 94102, for deposit in the United States Postal Service that same day in the ordinary course of business in a sealed envelope, postage fully prepaid, addressed as follows:

Willie Dennis Jr.
T-56859
Avenal State Prison
P.O. Box 9
Avenal, CA 93204

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on March 24, 2008, at San Francisco, California.

   <u>Denise Neves</u>                                   <u>/s/ Denise Neves</u>           
                                                          Signature