IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WILLIE DENNIS JR., <br><br> Petitioner, <br><br> v. <br><br> K. MENDOZA-POWERS, Warden, <br><br> Respondent. _____/ | No. C 07-03977 SBA (PR) <br><br> **ORDER GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE OPPOSITION TO MOTION TO DISMISS** |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. In lieu of filing an answer, Respondent has filed a motion to dismiss. Petitioner has not filed an opposition to the motion to dismiss.

Accordingly, the Court GRANTS Petitioner an extension of time in which to file his opposition to Respondent's motion to dismiss. The time in which Petitioner may file his opposition to Respondent's motion to dismiss will be extended up to and including **thirty (30) days** from the date of this Order. Respondent shall file a reply brief no later than **fifteen (15) days** after the date Petitioner's opposition is filed.

IT IS SO ORDERED.

Dated: 10/22/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\Dennis3977.EOT-OPP-MTD.wpd

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  WILLIE DENNIS JR.,
                                                    Case Number: CV07-03977 SBA
            Plaintiff,
5                                                   **CERTIFICATE OF SERVICE**
      v.
6
   K. MENDOZA-POWERS et al,
7
            Defendant.
8  _____/

9
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on October 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
   in the Clerk's office.
13

14

15
   Willie Dennis T-56859
16 Avenal State Prison
   P.O. Box 9
17 Avenal, CA 93204

18 Dated: October 23, 2008
                                    Richard W. Wieking, Clerk
19                                  By: LISA R CLARK, Deputy Clerk

20

21

22

23

24

25

26

27

28

C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\Dennis3977.EOT-OPP-MTD.wpd   2